# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    NO:  4:07CR00179 SWW

NIMROD SANDERS

### ORDER

The above matter came on for hearing on June 18, 2007, on the government's motion to revoke defendant's supervised release. Upon the motion of the government made in open Court and the basis of statements made on the record, the Court found that there is a question as to whether defendant is mentally competent to represent himself or assist in his own defense.  The Court further found that it should not go forward with the revocation hearing at this time but that defendant should be referred for a mental evaluation pursuant to 18 U.S.C. §4241, for a determination of his competency.

IT IS THEREFORE ORDERED:

(1) That defendant be examined by a qualified psychiatrist or psychologist, pursuant to 18 U.S.C. §4241(a), to determine whether he is presently mentally competent so as to be capable of understanding the proceedings against him or to properly assist in his own defense.

(2) That the United States Marshal transport defendant from his place of confinement to the medical center designated where he will be placed in the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days for a psychiatric examination pursuant to 18 U.S.C. §4241(a).

(3) That, pursuant to 18 U.S.C. § 4247(b)and (c), the facility conducting such examination shall file a report of same with this Court with copies to counsel for the defendant and the attorney for the government.  If found to be not competent, defendant shall remain at the medical facility until the Court orders him to be returned to this district for further proceedings.

(3) That defendant shall remain in custody of the United States Marshal or his designated representative and be transported to the facility as soon as possible.

IT IS FURTHER ORDERED that CHRIS TARVER, Assistant Federal Public Defender, hereby is appointed to represent defendant Nimrod Sanders in all further proceedings in this matter except the jurisdiction issue raised by defendant during the supervised release revocation hearing.[1]

DATED this 22nd day of June, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

Linda Lipe
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203-1229

Chris Tarver
Federal Public Defenders' Office
1401 West Capitol Avenue
Suite 490
Little Rock, AR 72201

---

[1] Though defendant represented himself during the supervised release revocation hearing on June 18, 2007, he agreed that Mr. Tarver should be appointed to represent him in further proceedings.