IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                            NO.  4:07CR00179-001  SWW

NIMROD SANDERS

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  The Court finds that the government's motion should be dismissed without prejudice.  However, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1.  Defendant shall not contact Ms. Lanecko Scarver either directly or indirectly at her residence, place of employment, or anywhere else she might be. If Ms. Scarver elicits contact, defendant is not to participate in any violent behavior.**

**2.  Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office with an emphasis on domestic violence.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #28] is **dismissed** without prejudice.

IT IS SO ORDERED this 30th day of November 2009.

/s/Susan Webber Wright
United States District Judge